|   |   |
|---|---|
| S.H., a minor by his parent and next friend Thomasina Horsley and THOMASINA HORSLEY, | CASE NO. C06-06655 TEH |
| Plaintiffs, | **ORDER** |
| vs. |   |
| WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION, et al. |   |
| Defendants. |   |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

Pursuant to the Stipulated Request for Order Continuing Hearing, submitted by the parties to this action, IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss, currently set for May 14, 2007, will be continued to __Monday, 05/21/07__ at 10:00 a.m. in Department 12 of this Court.

_____
Judge Thelton E. Henderson
United States District Court for the Northern District of California

4                                                                 C06-06655 TEH
STIPULATED REQUEST FOR ORDER CONTINUING HEARING; PROPOSED ORDER