THOMAS F. BERTRAND, ESQ., SBN 056560
MICHAEL C. WENZEL, ESQ., SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, BRUCE HARTER, CHARLES KISER, CYNTHIA LEBLANC, STEVE COLLINS, STEVEN CEDERBORG, BARBARA BLUHM, SONJA NEELY JOHNSON, KARYN MOORE, ANDREA TREXLOR, DARLENE JONES, KAYE BURNSIDE, and GAYLE GRIEGER-LODS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.H., a minor by and through his parents and next friend Thomasina Horsley AND THOMASINA HORSLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT FINANCING CORPORATION, et al.<br><br>Defendants. | Case No.: CV-06-06655-TEH<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendants herein hereby substitute the below-listed attorneys from Bertrand, Fox & Elliot in the place and stead of the attorneys from Fagen, Friedman & Fulfrost, LLP.

New Attorney Information:    THOMAS F. BERTRAND, ESQ., SBN 056560
MICHAEL C. WENZEL, ESQ., SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

1

SUBSTITUTION OF ATTORNEY, *S.H., v. West Contra Costa Unified School District Financing Corp. et al.*

The following attorneys are no longer counsel of record in this action:

Name:   Howard A. Friedman
        Kimberly A. Smith
        FAGEN, FRIEDMAN & FULFROST, LLP

We consent to this substitution:

Dated: August 31, 2007

WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, BRUCE HARTER, CHARLES KISER, CYNTHIA LEBLANC, STEVE COLLINS, STEVEN CEDERBORG, BARBARA BLUHM, SONJA NEELY JOHNSON, KARYN MOORE, ANDREA TREXLOR, DARLENE JONES, KAYE BURNSIDE, and GAYLE GRIEGER-LODS

By: _____
Jeff Edmison, Associate Superintendent, Operations, on behalf of defendant DISTRICT and its above individually-named defendant employees whose legal defense is provided by DISTRICT

We accept this substitution:

Dated: August 29, 2007

BERTRAND, FOX, & ELLIOT

By: _____
Thomas F. Bertrand, Esq.
Michael C. Wenzel, Esq.

We consent to this substitution:

Date: September 5, 2007

FAGEN, FRIEDMAN & FULFROST, LLP

By: _____
Howard A. Friedman, Esq.
Kimberly A. Smith, Esq.

**IT IS SO ORDERED**
Judge Thelton E. Henderson
09/24/07

SUBSTITUTION OF ATTORNEYS — West Contra Costa Unified School District Financing Corp. et al.

2