LAW OFFICES OF
## BERTRAND, FOX & ELLIOT
A PROFESSIONAL CORPORATION

THOMAS F. BERTRAND
GREGORY M. FOX
EUGENE B. ELLIOT
DANA L. SOONG
RICHARD W. OSMAN
MICHAEL C. WENZEL
HELEN K. KIM
CHRISTINE LEE

THE WATERFRONT BUILDING
2749 HYDE STREET
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 353-0999
E-Mail: rosman@bfesf.com

TELECOPIER: (415) 353-0990
_____
OF COUNSEL
NANCY A. HUNEKE
ARLENE HELFRICH
RICHARD E. HAMMOND

September 27, 2007

VIA FACSIMILE: 415-522-2140

Magistrate Judge James Larson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

> Re: *Horsley v. West Contra Costa Unified School District, et al.*
> U.S. District Court Case No.: CV-06-06655-TEH

Your Honor:

This matter is presently set for a settlement conference in your department on October 19, 2007. I write this letter to seek a short continuance of the settlement conference on the grounds that our firm has just substituted into this matter as counsel on behalf of the West Contra Costa Unified School District and individual defendants. A copy of Judge Henderson's order approving the recent substation dated September 24, 2007 is attached.

In light of our recent substitution, we respectfully request a brief continuance to permit time to conduct and complete our investigation and analysis of plaintiff's claims prior to the settlement conference.

I contacted plaintiff's counsel, Nicole Hodge, on September 26, 2007 to seek a stipulation regarding the continuance. Ms. Hodge is agreeable to the continuance. Subject of course to the Court's schedule and convenience, we respectfully request the settlement conference be continued until November 30, 2007, a date agreeable to and available for both parties, or as soon thereafter as suits the Court's convenience.

Thank you for your time and for your consideration of this request.

The Settlement Conference has been
continued to Friday, January 11, 2007
at 10:00 a.m.

SO ORDERED

MCW:kaa
Copy: Nicole Hodge (via facsimile)

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

Respectfully,

BERTRAND, FOX & ELLIOT

By: _____
Michael C. Wenzel