Nicole Hodge, SBN 215157
hodgend@aol.com
P.O. Box 5100
Oakland, CA 94605
Phone: 510-569-3666
*Attorney for Plaintiff S.H.*

THOMAS F. BERTRAND, ESQ., SBN 056560
MICHAEL C. WENZEL, ESQ., SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

*Attorneys for multiple Defendants (see signature
page for complete list of parties represented;
Civil L.R. 3-4(a)(1))*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| S.H., a minor by his parent and next friend Thomasina Horsley and THOMASINA HORSLEY,<br><br>               Plaintiffs,<br><br>vs.<br><br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION a California Municipality, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in their official capacities, BRUCE HARTER in his capacity as Superintendent, GLORIA JOHNSTON, as an individual and in her official capacity CHARLES KISER as an individual and in his official capacity, CYNTHIA LEBLAC in her official capacity STEVE COLLINS in his official capacity, STEVE CERDERBERG his official capacity IMAN BLUHUM in his official capacity, SONJA NEELY JOHNSON in her official capacity, KAREN MOORE as an individual and in her official capacity, ANDREA TREXLOR in her official capacity DARLENE JONES in her official capacity; KAREN BURNSIDE in her official capacity; GAYE GRIEGER-LODS in her official capacity and DOES 1-10,<br><br>               Defendants. | CASE NO. C06-06655 TEH<br><br>**STIPULATION FOR THE PSYCHOLOGICAL EXAMINATION OF PLAINTIFF S.H.; AND [PROPOSED] ORDER**<br><br><br>Examiner:    Bernard S. Rappaport, M.D.<br>Date:       March 4, 2008<br>Time:       12:30 p.m.<br><br><br>*Pursuant To Federal Rule Of Civil Procedure 35* |

STIPULATION FOR THE PSYCHOLOGICAL EXAMINATION OF PLAINTIFF S.H.; AND [PROPOSED] ORDER, *S.H. v. WCCUSD, et al.*, Case No. C06-06655 TEH

1

1      Defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, *erroneously*

2 *sued as West Contra Costa County Unified School District Financing Corporation*, WEST

3 CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, BRUCE

4 HARTER, CHARLES KISER, CYNTHIA LEBLANC, *erroneously sued as Cynthia LeBlac*,

5 STEVE COLLINS, STEVE CEDERBORG, *erroneously sued as Steve Cerderberg*, BARBARA

6 BLUH, *erroneously sued as Iman Bluhum*, SONJA NEELY JOHNSON, KARYN MOORE,

7 *erroneously sued as Karen Moore*, ANDREA TREXLOR, DARLENE JONES, KAYE

8 BURNSIDE, *erroneously sued as Karen Burnside* and GAYE GRIEGER-LODS and Plaintiffs

9 S.H. and THOMASINA HORSLEY hereby stipulate to allow the psychological examination of

10 Plaintiff S.H pursuant to Federal Rule of Civil Procedure 35. The psychological examination

11 will consist of an oral psychiatric/mental status examination/interview and will be conducted on

12 **March 4, 2008 at 12:30 p.m.** by Bernard S. Rappaport, M.D., located at 3 Altarinda Road, Suite

13 207, Orinda, California 94563-2601.

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATION FOR THE PSYCHOLOGICAL EXAMINATION OF PLAINTIFF S.H.; AND [PROPOSED] ORDER, *S.H. v. WCCUSD, et al.*,
Case No. C06-06655 TEH

2

The psychiatric/mental status examination/interview will not include formal testing, and will take approximately two hours. The examination will also be audiotaped with audio equipment provided by plaintiffs' counsel and a copy provided to all parties if requested. Dr. Rappaport has agreed to meet with plaintiff Thomasina Horsley, plaintiff S.H.'s mother, prior to the examination for the purpose of putting the minor plaintiff at ease.

Dated:

2-11-08

LAW OFFICE OF NICOLE HODGE

By: _____
Nicole Hodge
Attorneys for Plaintiffs, S.H. and
THOMASINA HORSLEY

Dated: 2/12/08

BERTRAND, FOX & ELLIOT

By: _____
Michael C. Wenzel
Attorneys for Defendants WEST
CONTRA COSTA UNIFIED SCHOOL
DISTRICT, *erroneously sued as West
Contra Costa County Unified School
District Financing Corporation*, WEST
CONTRA COSTA UNIFIED SCHOOL
DISTRICT BOARD OF EDUCATION,
BRUCE HARTER, CHARLES KISER,
CYNTHIA LEBLANC, *erroneously
sued as Cynthia LeBlac*, STEVE
COLLINS, STEVE CEDERBORG,
*erroneously sued as Steve Cerderberg*,
BARBARA BLUH, *erroneously sued as
Iman Bluhum*, SONJA NEELY
JOHNSON, KARYN MOORE,
*erroneously sued as Karen Moore*,
ANDREA TREXLOR, DARLENE
JONES, KAYE BURNSIDE,

*erroneously sued as Karen Burnside* and
GAYE GRIEGER-LODS

**IT IS SO ORDERED.**

2/12/2008

THE HONORABLE WAYNE D. BRAZIL
UNITED STATES DISTRICT COURT MAGISTRATE
JUDGE FOR THE NORTHERN DISTRICT OF
CALIFORNIA

STIPULATION FOR THE PSYCHOLOGICAL EXAMINATION OF PLAINTIFF S.H.; AND [PROPOSED] ORDER, *S.H. v. WCCUSD, et al.*,
Case No. C06-06655 TEH

4