UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.H. a minor by his parent and next friend Thomasina Horsley and THOMASINA HORSLEY,<br><br>Plaintiff,<br><br>v.<br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT FINANCING CORP., a California municipality,<br><br>Defendants.<br>_____/ | No. C 06-6655 TEH (WDB)<br><br>ORDER RE LETTER FROM HODGE LAW FIRM DATED APRIL 30, 2008 |

On April 30, 2008, the Court received a letter from Ms. Hodge's office requesting an extension of time in which to comply with this Court's April 25th Order. See, attached Letter from Yvonne Hodge to the Court, dated April 30, 2008.

The Court GRANTS Ms. Hodge's request for an extension as follows.

(1)   **By May 14, 2008,** Ms. Hodge must produce to defendants (a) the signed verification for plaintiff's interrogatory responses and (b) any additional documents in plaintiffs' possession or control that are arguably responsive to defendants' document requests.

1

(2) **On May 28, 2008,** Ms. Hodge must appear and produce her client, S.H. for his deposition as scheduled.

(3) **By May 30, 2008,** Ms. Hodge must pay to defendants fee-shifting sanctions in the amount $2,300.00.

(4) If, as a result of her medical condition, Ms. Hodge is unable to comply with any deadline established in this Order then **before the relevant deadline** she must file with the Court and serve on defendants a notice that (a) describes the reasons for her inability to comply and (b) sets forth a date certain by which she will complete the relevant obligation.

IT IS SO ORDERED.

Dated: May 2, 2008

WAYNE D. BRAZIL
United States Magistrate Judge

copies to:
parties of record,
TEH, wdb, stats