1
2
3
4
5

6                    IN THE UNITED STATES DISTRICT COURT

7
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9

10   STEPHEN H., a minor by his parent and next        No. C 06-06655 TEH
     friend THOMASINA HORSELY, et al.,
11
                   Plaintiffs,
12                                                      **ORDER CONTINUING CASE**
         v.                                            **MANAGEMENT CONFERENCE**
13
     WEST CONTRA COSTA COUNTY
14   UNIFIED SCHOOL DISTRICT
     FINANCING CORPORATION, et. al.,
15
                   Defendants.
16                                              /

17

18
          The Court is in receipt of a May 21, 2008 letter from Judondi Bolden, seeking a
19
     stay of proceedings in this case on behalf of Plaintiff's counsel, Nicole Amey.[1]  The
20
     letter is attached hereto as Exhibit 1.
21
          There appears to be good cause for this request.  Accordingly, unless the Court
22
     receives an objection from the Defendants' counsel within ten days of the date of this
23
     Order, proceedings in this case other than the Plaintiff's deposition, set for May 28th,
24
     2008, and any dates or deadlines set by Magistrate Judge Brazil,[2] are hereby stayed until
25
     September, 2008.
26

27
          [1] The Court presumes that "Nicole Amey" is the same person as Nicole Hodge,
28   Plaintiff's counsel of record in this case.

          [2] Magistrate Judge Brazil may address any impending deadlines in matters before
     him separately.

1　　　　　The Case Management Conference now set for June 16, 2008 is continued to

2　Monday, September 8, 2008, at 1:30 p.m.   The parties shall submit a joint case

3　management statement no later than seven calendar days before the conference.   At the

4　conference, Plaintiff's counsel should be prepared to address her ability to prosecute the

5　case in the future, and any prejudice to either Plaintiff or Defendants that further delay

6　may incur.

7

8　　　　　**IT IS SO ORDERED.**

9

10　Dated:  5/27/08

11　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## *Office of Judondi Bolden, Attorney at Law*

*8033 MacArthur Blvd.*
*P.O. Box 5248*
*Oakland, CA 94605*
*Telephone & Facsimile- 1.888.536.9775*

May 21, 2008

**VIA FIRST CLASS MAIL**
United States District Court
Honorable Thelton Henderson
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

United States District Court
Honorable Wayne Brazil
1301 Clay Street, Suite 400S
Oakland, CA 94612

RE: *S.H. v. West Contra Costa Unified School District*, case no. C06-06655-TEH

Honorable Judge Henderson and Honorable Magistrate Judge Brazil:

I am writing on behalf of Nicole Amey, counsel for Plaintiff in the above -referenced matters. As per her April 30 correspondence, Ms. Amey's condition has not improved as quickly as anticipated, and she remains under medical supervision. As she is not expected to resume practice until late August 2008, Ms. Amey is requesting that the compliance dates in the above matters be temporarily suspended until early September following her return. Please take notice however, that the pending deposition in this matter should be completed as calendared, as appearance by substitute counsel has been arranged.

Enclosed is a copy of her most recent medical verification. Should you have further questions, or require additional documentation on Ms. Amey's behalf, please feel free to contact me at my office number and extension below.

Thank you for your time and attention.

Respectfully,

Judondi Bolden, Esq.

Cc: M. Wenzel, Esq.
*Desk line: 510.834.8263, ext. 1*                    *Email: judondi@jbcounsel.com*