IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN H., a minor by his parent and next friend THOMASINA HORSELY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION, et. al.,<br><br>　　　　Defendants. | No. C 06-06655 TEH<br><br>**ORDER ALLOWING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

　　The request by Plaintiff's counsel to participate by telephone in the Case Management Conference set for Monday, September 8, 2008 is GRANTED. Plaintiff's counsel shall call (415) 522-3630 promptly at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  9/4/08

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE