NICOLE HODGE, Bar No. CA 215157
P.O. Box 5100
Oakland CA 94605
Telephone:  (510) 569-3666
Email hodgend@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. H. et al<br>　　　　　　Plaintiffs,<br>v.<br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT  FINANCING CORPORATION a California Municipality, et al.<br>　　　　　　Defendants. | Case No.: C06-06655-TEH<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF GLORIA JOHNSTON** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**Please take notice that Plaintiffs S.H. and Thomasina Horsley voluntarily dismiss Gloria Johnston in** the above captioned action in its entirety.

Pursuant to Fed. Rules of Civil Proc., Rule 41(a)(1)(i), Plaintiffs have the absolute right to dismiss the action "without order of the court" by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment" Id.; See *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.* (9th Cir. 1999)(193 F.3d 1074, 1077)

IT IS SO ORDERED
[signature]
Judge Thelton E. Henderson
09/15/08

-1-
S.H. v. WCCUD
Plaintiffs NOTICE OF DISMISSAL

1
2
3  Respectfully Submitted,
4
5
6  DATED: September 12, 2008                    /s/  Nicole Hodge
                                                By: Nicole Hodge
7                                               Attorney for Plaintiffs
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28