1  NICOLE HODGE, ESQ, (SBN 215157)
   P.O. Box 5100
2  Oakland, California 94605
   Telephone:  (510) 569-3666
3  Facsimile:  hodgend@aol.com

4  Attorneys for Plaintiff,
   S.H. and THOMASINA HORSELY

5

**FILED**

**APR 1 7 2009**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

6

UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  THOMASINA HORSELY, an individual;    Case No. CV-06 6655 (TEH)
   and S.H.., a minor, by and through his next
10 friend, THOMASINA HORSELY,

11      Plaintiff,                       {PROPOSED} ORDER GRANTING
                                         PLAINTIFFS' PETITION TO
12      vs.                              COMPROMISE OF MINOR'S CLAIMS

13 WEST CONTRA COSTA UNIFIED
   SCHOOL DISTRICT,
14

15      Defendant.

16

17

18                           **ORDER**

19

20    The Court, having reviewed and consider the foregoing and finding good cause,

21 does hereby ORDER that the Petition For Approval of Minor's Compromise is hereby

22 granted.

23

24 DATED: 4/15/09                    _____
25                                   THELTON E. HENDERSON
                                     UNTIED STATES DISTRICT JUDGE
26

27

28

HODGE LAW